FILED
CLERK, U.S. DISTRICT COURT

4/13/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        CR No. 2:21-cr-00179-FMO

11            Plaintiff,              I N F O R M A T I O N

12            v.                      [18 U.S.C. §§ 1341, 1346, 2(b):
                                      Honest Services Mail Fraud]
13   ATANACIO VILLEGAS,
        aka "A.T.,"

14
              Defendant.
15

16       The Acting United States Attorney charges:

17              COUNTS ONE THROUGH SEVEN

18            [18 U.S.C. §§ 1341, 1346, 2(b)]

19   A.   INTRODUCTORY ALLEGATIONS

20       1.   Defendant ATANACIO VILLEGAS, also known as "A.T.," was a

21   California Department of Motor Vehicles employee who began working

22   for the California DMV on or about October 2, 2000, and resigned on

23   or about June 19, 2017.  From on or about October 2, 2016, to on or

24   about September 1, 2016, defendant VILLEGAS worked as a License

25   Registration Examiner in the Torrance office of the California DMV.

26   From on or about September 1, 2016, until he resigned, defendant

27   VILLEGAS worked at the Gardena Commercial Driver License Processing

28   Center.  As a result of the positions that defendant VILLEGAS held,

he owed a fiduciary duty to the citizens of the State of California and to the California DMV.

B.    THE SCHEME TO DEFRAUD

2.    Beginning on an unknown date and continuing to on or about January 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant VILLEGAS, knowingly and with intent to defraud, devised, participated in, and executed a scheme to defraud the California DMV and the citizens of the State of California of their right to the honest services of their public officials by means of bribery, materially false and fraudulent pretenses and representations, and the concealment of material information.

3.    The scheme to defraud operated, in substance, in the following manner:

a.    Brokers would identify and solicit people who wanted a driver's license issued by the California DMV, but who were unable to pass the written test, driving test, or both, as legally required to validly obtain a driver's license.

b.    Brokers would negotiate prices the driver's license applicants would pay in cash in exchange for fraudulently receiving passing scores on the written test, driving test, or both, in order to obtain a California driver's license that they were not otherwise eligible to receive.

c.    Brokers would contact defendant VILLEGAS and agree to pay him a cash bribe so that driver's license applicants could ultimately obtain a driver's license without taking or passing some or all of the necessary tests.

d. Defendant VILLEGAS would solicit the services of, and arrange for the payment of a portion of, the cash bribes to other California DMV employees, who would make fraudulent entries in California DMV records to indicate that an applicant passed required tests without the applicant actually taking or passing those tests.

e. The California DMV employees would agree to accept cash bribes from defendant VILLEGAS in exchange for making the fraudulent entries and would themselves log into the DMV database, access the driver's license applicant records using a DMV credential identification number, and make the fraudulent entries.

f. Thereafter, defendant VILLEGAS would pay a portion of the cash bribes received from the brokers to the California DMV employees in exchange for making the fraudulent entries.

g. As a result of the fraudulent entries that an applicant had passed the required tests, the California DMV would ultimately prepare and mail a California driver's license to the applicant that the applicant was not lawfully entitled to receive.

4. In carrying out the scheme over more than two years, defendant VILLEGAS and his co-schemers accepted cash bribes at least several times each week, totaling more than $50,000 over the course of the scheme.

C.   <u>USE OF THE MAIL</u>

On or about the dates listed below, within the Central District of California and elsewhere, defendant VILLEGAS, for the purpose of executing the above-described scheme to defraud, willfully caused the California DMV to place, in an authorized depository for mail matter to be sent and delivered by the United States Postal Service according to the directions thereon, a California driver's license to each applicant identified below, which the applicant was not legally entitled to receive and which was instead the result of defendant VILLEGAS accepting cash bribes to make fraudulently entries into the DMV database of test scores on the tests required for a California driver's license:

///

///

| COUNT | DATE | ITEM MAILED |
|-------|------|-------------|
| ONE | 4/14/2016 | California DMV mailed a California driver's license to L.O.V.G. |
| TWO | 7/26/2016 | California DMV mailed a California driver's license to K.C. |
| THREE | 11/10/2016 | California DMV mailed a California driver's license to R.H. |
| FOUR | 11/22/2016 | California DMV mailed a California driver's license to G.F.M. |
| FIVE | 11/25/2016 | California DMV mailed a California driver's license to E.G.H. |
| SIX | 12/19/2016 | California DMV mailed a California driver's license to D.E.P.H. |
| SEVEN | 2/17/2017 | California DMV mailed a California driver's license to T.G.G. |

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

ERIK M. SILBER
AMANDA M. BETTINELLI
Assistant United States Attorneys
Environmental and Community
Safety Crimes Section